IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

       Plaintiff,

v.                                                                         CV 16-26 KG/WPL

OLD CASTLE PRECAST, INC.,
KRAFT AMERICAS, L.P., a limited
Partnership, RUNE KRAFT,
KRAFT AMERICAS HOLDINGS, INC.,
and JOHN DOES 1-5,

       Defendants.

**ORDER TO RETAIN COUNSEL**

On April 6, 2016, Rune Kraft filed an Answer on behalf of himself and purportedly on behalf of Kraft Americas, L.P. (Doc. 12.) On April 13, 2016, the Court informed Kraft Americas, L.P., of Local Rule 83.7, which requires a corporation, partnership, or business entity other than a natural person to be represented by an attorney authorized to practice in the District of New Mexico. (Doc. 14.) To date, Kraft Americas, L.P., has not retained counsel. Within fourteen days from the date of entry of this Order, Kraft Americas, L.P., shall retain counsel and have counsel enter an appearance on its behalf. Failure to comply with this Order will result in a recommendation to Judge Gonzales that Rune Kraft's Answer on behalf of Kraft Americas, L.P., be stricken and that judgment be entered against Kraft Americas, L.P., decreeing that Kraft Americas, L.P., has no interest in the subject matter of this case.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.