IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

    Plaintiff,

v.                                                                                          CV 16-26 KG/WPL

OLDCASTLE PRECAST, INC.,
KRAFT AMERICAS, L.P., a limited
Partnership, RUNE KRAFT,
KRAFT AMERICAS HOLDINGS, INC.,
and JOHN DOES 1-5,

    Defendants.

### ORDER DENYING MOTION TO WITHDRAW

On December 23, 2016, the Domenici Law Firm, counsel for Kraft Americas Holdings, Inc. ("KAHI"), filed an opposed motion to withdraw as counsel. (Doc. 80.) The motion fails to comply with DNM-LR Civ. 83.8(b) and 83.8(c), and is therefore denied. Specifically, the motion failed to state that "objections must be served and filed within fourteen (14) days from date of service of the motion and that failure to object within this time constitutes consent to grant the motion," DNM-LR Civ. 83.8(b), and failed to include notice that KAHI "can appear only with an attorney" and that "[a]bsent entry of appearance by a new attorney, any filings made by [KAHI] may be stricken and default judgment or other sanctions imposed," DNM-LR Civ. 83.8(c). Because the motion failed to comply with the Local Rules, the motion is denied.

    It is so ordered.

                                                                                */s/ William P. Lynch*
                                                                            William P. Lynch
                                                                            United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.