IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

       Plaintiff,

v.                                              CV 16-26 KG/WPL

OLDCASTLE PRECAST, INC.,
KRAFT AMERICAS, L.P., a limited
Partnership, RUNE KRAFT,
KRAFT AMERICAS HOLDINGS, INC.,
and JOHN DOES 1-5,

       Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

On February 6, 2017, the Domenici Law Firm, counsel for Kraft Americas Holdings, Inc. ("KAHI"), filed a second amended opposed motion to withdraw as counsel. (Doc. 101.) KAHI opposes the motion, Defendant OldCastle Precast does not oppose the motion, and Plaintiff CalMat takes no position on the matter. Consistent with D.N.M.LR-Civ. 83.8(b), the Domenici Law Firm included in its motion a warning that KAHI's failure to file and serve objections within fourteen days would constitute consent to grant the motion, and that KAHI could not proceed in this case without counsel. While KAHI informed the Domenici Law firm that it objected to the withdrawal, KAHI did not file objections to the motion or state additional reasons to deny the motion to withdraw.

The Domenici Law Firm is allowed to withdraw as counsel of record for KAHI in this matter.

Pursuant to Local Rule 83.7, KAHI must be represented by counsel. KAHI must retain counsel and counsel must enter an appearance on KAHI's behalf within 20 days from the date of entry of this Order. Absent entry of appearance by a new attorney, any filing by KAHI may be stricken and default judgment or other sanctions imposed.

It is so ordered.

_William P. Lynch_
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.