IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

    Plaintiff,

vs.                                                                               Civ. No. 16-26 KG/WPL

OLDCASTLE PRECAST, INC.,

    Defendant.

## ORDER STRIKING FILINGS (DOCS. 137 THROUGH 142)

This matter comes before the Court upon the following objections and motions filed by Rune Kraft on behalf of Kraft Americas Holdings, Incorporated (KAHI): (Docs. 137 through 142). The Court has repeatedly instructed Rune Kraft that KAHI cannot participate in this lawsuit without first obtaining legal counsel and that Rune Kraft, as a non-attorney, cannot file legal documents on behalf of KAHI. *See* (Docs. 14, 56, 89, 114, 126, and 132). *See also* D.N.M. LR-Cv 83.7 (corporation "must be represented by an attorney authorized to practice before this Court."); D.N.M. LR-Cv 83.8(c) (corporation "can only appear with an attorney" and, absent entry of appearance by an attorney, filings by corporation "may be stricken and default judgment or other sanctions imposed."). Rune Kraft's continued refusal to follow the Court's orders regarding KAHI's need to obtain licensed legal counsel and his continued insistence on filing documents on KAHI's behalf do not bode well for Rune Kraft and will significantly bear on whether the Court imposes sanctions at the June 29, 2017, show cause hearing. In the meantime, for the foregoing reasons, (Docs. 137 through 142) are STRICKEN.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE