IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

    Plaintiff,

vs.                                                 Civ. No. 16-26 KG/WPL

OLDCASTLE PRECAST, INC.,
and JOHN DOES 1-5,

    Defendants.

## ORDER REGARDING (DOC. 162)

This matter comes before the Court upon Rune Kraft's "Notice to the Court, the Chief Judge of the Court and the Chief Judge of the Tenth Circuit and Motion to Void All Rulings Issued in the Case" (Motion), filed on May 26, 2017. (Doc. 162). Rune Kraft generally contends that Defendant Oldcastle Precast, Inc. (Oldcastle) is not serving its motions on him and that the Court is not serving its orders on him. Consequently, Rune Kraft seeks an order voiding all rulings by the Court.

The Court notes first that Oldcastle's counsel certifies in Oldcastle's motions for summary judgment and sanctions that he either mailed or e-mailed copies of the motions to Rune Kraft. (Doc. 148) at 11; (Doc. 158) at 6. Second, the Court notes that because Rune Kraft is no longer a party to this lawsuit the Court is not required to automatically serve on him every order it enters. Nevertheless, the Court served on Rune Kraft those orders which pertain to him. For example, the Court mailed (Docs. 145, 146, 147, and 132) to Rune Kraft, and e-mailed him (Docs. 126 and 129). *See* Staff Notes entered on April 14, 2017, and May 31, 2017, and Notice of Electronic Filings for (Docs. 126 and 129). For the above reasons, the Court finds that

the Motion (Doc. 162) is not well-taken and is DENIED.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE