IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

    Plaintiff,

vs.                                                             Civ. No. 16-26 KG/JHR

OLDCASTLE PRECAST, INC.,
and JOHN DOES 1-5,

    Defendants.

## FINAL SUMMARY JUDGMENT

Having granted Defendant Oldcastle Precast, Inc.'s Motion for Summary Judgment (Doc. 148) by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment,

IT IS ORDERED that summary judgment is entered in favor of Defendant Oldcastle Precast, Inc. and against Rune Kraft; Kraft Americas, L.P.; Kraft Americas Holdings, Incorporated; and John Does 1-5.

_____
UNITED STATES DISTRICT JUDGE