IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALMAT CO.,

      Plaintiff,

vs.                                                              Civ. No. 16-26 KG/JHR

OLDCASTLE PRECAST, INC.,

      Defendant.

ORDER FOR DISBURSEMENT OF FUNDS

On December 4, 2017, the Court granted summary judgment in favor of Defendant

Oldcastle Precast, Inc. (Oldcastle). (Doc. 190). On December 13, 2017, Rune Kraft filed an

appeal (Doc. 204), which the Tenth Circuit Court of Appeals dismissed. On May 30, 2019, the

Tenth Circuit Court of Appeals issued its mandate in this matter. (Doc. 244). The Court now

orders the disbursement of interpleaded funds to Oldcastle, Payee.

The Court FINDS:

1. Name and EIN of Payee:      Oldcastle Precast, Inc., EIN 91-0782138.

2. Address of Payee:      1002 15th St. SW, suite 110, Auburn, WA 98001.

3. Amount of Principle:      $57,310.96.

4. Amount of Interest:      $1,964.61, plus any additional accrued interest.

The Court ORDERS that the Clerk of Court disburse and release to Oldcastle a check in

the amount of the principle, $57,310.96, plus accrued interest.

_____
UNITED STATES DISTRICT JUDGE